**No. P68/239.**—Silvine Importers, Inc. *v.* United States, protest 63/4434 (Philadelphia).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric pots called brewmasters and detachable electric cords with plugs similar in all material respects to those the subject of *Silvine Importers, Inc.* v. *United States* (57 Cust. Ct. 362, C.D. 2821), the protest was dismissed and the matter remanded for further proceedings to a single judge sitting in reappraisement to determine the value of the merchandise in the manner provided by law. (28 U.S.C. § 2636(d).)

BEFORE THE THIRD DIVISION, MAY 20, 1968

**No. P68/240.**—Lipper & Mann, Inc. *v.* United States, protests 66/6862 and 66/6905 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of tea cups and saucers and after-dinner cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484) and *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, May 21, 1968

**No. P68/241.**—Platon Fabrics Corp. et al. *v.* United States, protests 63/13389, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of waterproof cloth similar in all material respects, including waterproofing, to the velveteen cloth the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.